# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| W. Thomas Small, Jr., <br><br> Plaintiff, <br><br> v. <br><br> RMK High Income Fund, Inc., RMK Strategic Income Fund, Inc., RMK Advantage Income Fund, Inc., and RMK Multi- Sector High Income Fund, Inc., Morgan Keegan & Company, Inc., Regions Financial Corporation, MK Holding, Inc., Morgan Asset Management, Inc., James C. Kelsoe, Jr., Carter E. Anthony, Brian B. Sullivan, Joseph Thompson Weller, Allen B. Morgan, and J. Kenneth Alderman. <br><br> Defendants. | **Case No. 2:13-cv-02654-JTF-cgc** <br><br> Action for Violations of the Securities Act of 1933, Securities and Exchange Act of 1934, Section 10(b) of the Securities and Exchange Act and SEC Rule 10(b)5, the Tennessee Securities Act, the Mississippi Securities Act, and the Tennessee Consumer Protection Act |

## NOTICE OF CORRECTION AND REQUEST FOR ALIAS SUMMONS

On September 6, 2013, summonses were issued for service on Defendants in this case. It has come to the attention of Plaintiff's counsel that the summonses issued to Defendants Carter E. Anthony (D.E. 13) and Brian B. Sullivan (D.E. 14) were issued with incorrect addresses.

On September 24, 2013, a summons was re-issued to Defendant Brian B. Sullivan at an alternative address (D.E. 22). However, this summons was not designated as an alias summons. This notice serves to correct this omission.

In addition, Plaintiff requests that the clerk issue an Alias Summons to Carter E. Anthony in the form attached hereto as Exhibit A.

           Respectfully submitted,

           **HARRIS SHELTON HANOVER WALSH, PLLC**

           *s/Christopher S. Campbell*
           Christopher S. Campbell (TN BPR No. 19061)
           Laura S. Martin (TN BPR No. 26457)
           One Commerce Square Building
           40 S. Main Street, Suite 2700
           Memphis, Tennessee 38103-5527

(901) 525-1455 Telephone
(901) 526-4084 Facsimile
ccampbell@harrisshelton.com
lmartin@harrisshelton.com

JAMES A. DUNLAP JR. & ASSOCIATES, LLC

*s/James A. Dunlap Jr.*
James A. Dunlap Jr. *pro hac vice*
310 Windsor Gate Cove NE
Atlanta, Georgia 30342
(404) 354-2363 Telephone
(404) 745-0195 Facsimile
jim@jamesdunlaplaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*s/Christopher S. Campbell*
Christopher S. Campbell

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| R. Thomas Small, Jr. <br><br> *Plaintiff(s)* <br> v. <br> RMK High Income Fund Inc., et al. <br><br> *Defendant(s)* | Civil Action No. 2:13-cv-02654-JTF-cgc |

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carter E. Anthony
4628 Pine Mountain Road
Mountain Brook, AL 35213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher S. Campbell
HARRIS SHELTON HANOVER WALSH, PLLC
One Commerce Square Building
40 S. Main Street, Suite 2700
Memphis, TN 38103 Telephone: (901) 525-1455

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                           *Signature of Clerk or Deputy Clerk*


EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-02654-JTF-cgc

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: