# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| W. THOMAS SMALL, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 2:13-cv-02654-JTF-cgc |
| RMK HIGH INCOME FUND, INC., RMK STRATEGIC INCOME FUND, INC., and RMK MULTI-SECTOR HIGH INCOME FUND, INC., MORGAN KEEGAN & COMPANY, INC., REGIONS FINANCIAL CORPORATION, MK HOLDING, INC., MORGAN ASSET MANAGEMENT, INC., JAMES C. KELSOE, JR., CARTER E. ANTHONY, BRIAN B. SULLIVAN, JOSEPH THOMPSON WELLER, ALLEN B. MORGAN, and J. KENNETH ALDERMAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING MOTION TO TRANSFER CASE TO JUDGE MAYS FOR COORDINATES OR CONSOLIDATED PRETRIAL PROCEEDINGS WITH 2:09-md-02009-SHM

This matter is before the Court on Defendants Regions Financial Corporation, MK Holding, Inc., Morgan Asset Management, Inc., Morgan Keegan & Company, Inc., James C. Kelsoe, Jr., Brian B. Sullivan, Joseph Thompson Weller, Allen B. Morgan, and J. Kenneth Alderman's Motion to Transfer to Judge Mays for Coordinated or Consolidated Pretrial Proceedings with 2:09-md-02009-SHM. Finding good cause and appearing that this action arises from similar factual allegations as those found in previously centralized actions in 2:09-md-02009-SHM, the Court believes this Motion should be granted.

IT IS THEREFORE ORDERED that Defendants' Motion is GRANTED.  The transfer is consistent with the purposes of centralization under 28 U.S.C. § 1407, including eliminating duplicative discovery, preventing inconsistent pretrial rulings, and conserving the resources of the parties, their counsel, and the judiciary.  Pursuant to Local Rule 83.8(d), this case is hereby TRANSFERRED to the Honorable Samuel H. Mays, Jr. for coordinated or consolidated pretrial proceedings with 2:09-md-02009-SHM.

IT IS SO ORDERED this 15th day of October, 2013.

BY THIS COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge