IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE & ERISA LITIGATION, | CASE NO. 2:09-md-2009 |
| W. Thomas Small, Jr., | |
| Plaintiff, | |
| v. | |
| RMK High Income Fund, Inc., RMK Strategic Income Fund, Inc., RMK Advantage Income Fund, Inc., RMK Multi-Sector High Income Fund, Inc., Morgan Keegan & Company, Inc., Regions Financial Corporation, MK Holding, Inc., Morgan Asset Management, Inc., James C. Kelsoe, Jr., Carter E. Anthony, Brian B. Sullivan, Joseph Thompson Weller, Allen B. Morgan, and J. Kenneth Alderman, | Case No. 2:13-cv-2654-Ma/cgc |
| Defendants. | |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

Before the Court is the November 7, 2013 unopposed motion of defendants Morgan Keegan & Company, Inc., Regions Financial Corporation, MK Holding, Inc., Morgan Asset Management, Inc., James C. Kelsoe, Jr., Brian B. Sullivan, Joseph Thompson Weller, Allen B. Morgan, and J. Kenneth Alderman seeking permission to file a memorandum in excess of twenty (20) pages. For good cause shown, the motion is GRANTED. Defendants' memorandum in support of their motion to dismiss shall consist of no more than thirty-five (35) pages.

SO ORDERED this 21st day of November, 2013.

                                   S/ Charmiane G. Claxton
                    for     SAMUEL H. MAYS, JR.
                               UNITED STATES DISTRICT JUDGE