## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| W. Thomas Small, Jr., | Case No. 13-2654-SHM |
| Plaintiff, | Judge Samuel H. Mays, Jr. |
| v. | Magistrate Judge Charmiane G. Claxton |
| RMK High Income Fund, Inc., RMK Strategic Income Fund, Inc., RMK Advantage Income Fund, Inc., and RMK Multi-Sector High Income Fund, Inc., Morgan Keegan & Company, Inc., Regions Financial Corporation, MK Holding, Inc., Morgan Asset Management, Inc., James C. Kelsoe, Jr., Carter E. Anthony, Brian B. Sullivan, Joseph Thompson Weller, Allen B. Morgan, and J. Kenneth Alderman, | |
| Defendants. | |

### DEFENDANT HELIOS MULTI-SECTOR HIGH INCOME FUND, INC.'S MEMORANDUM OF LAW  IN SUPPORT OF MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S FIRST AND SECOND AMENDED COMPLAINTS

Defendant Helios Multi-Sector High Income Fund, Inc. (formerly RMK Multi-Sector

High Income Fund, Inc., or "RHY"), by its undersigned counsel, respectfully refers the Court to

and joins in Points I.A and II of co-defendants Morgan Keegan & Company, Inc., Regions

Financial Corporation, MK Holding, Inc., Morgan Asset Management, Inc., James C. Kelsoe, Jr.,

Brian B. Sullivan, Joseph Thompson Weller, Allen B. Morgan, and J. Kenneth Alderman's

Memorandum of Law in Support of Motion to Dismiss and/or Strike Plaintiff's First and Second

Amended Complaints.

Dated this 28th day of October, 2014.

By:_____/s/Kevin C. Logue_____
Kevin C. Logue (2048460)
Kevin P. Broughel (4242418)
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090
E-mail: kevinlogue@paulhastings.com

*Counsel for Defendant*
*Helios Multi-Sector High Income Fund,*
*Inc. (formerly RMK Multi-Sector High*
*Income Fund, Inc.)*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

**James A. Dunlap , Jr.**
JAMES A. DUNLAP, JR. & ASSOCIATES, LLC
310 Windsor Gate Cove, NE
Atlanta, GA 30342
404-354-2363
Email: jim@jamesdunlaplaw.com

**Laura S. Martin**
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Suite 2700
Memphis, TN 38103
901-525-1455
Email: lmartin@harrisshelton.com

**Christopher S. Campbell**
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103
901-525-1455
Email: ccampbell@harrisshelton.com

**R. Harold Meeks, Jr.**
JAMES BATES BRANNAN GROVER LLP
The Lenox Building
3339 Peachtree Road NE
Suite 1700
Atlanta, GA 30326
404-997-6020
Email: hmeeks@jamesbatesllp.com

**Peter S. Fruin**
MAYNARD COOPER & GALE, PC
AmSouth/ Harbert Plaza
1901 6th Avenue North - Suite 2400
Birmingham, AL 35203-2602
205-254-1068
Email: pfruin@maynardcooper.com

By:     /s/Kevin C. Logue
    Kevin C. Logue (2048460)
    Kevin P. Broughel (4242418)
    PAUL HASTINGS LLP
    75 East 55th Street
    New York, NY 10022
    Tel: (212) 318-6000
    Fax: (212) 319-4090
    E-mail: kevinlogue@paulhastings.com

*Counsel for Defendant*
*Helios Multi-Sector High Income Fund, Inc.*
*(formerly RMK Multi-Sector High Income*
*Fund, Inc.)*

LEGAL_US_E # 112540512.1